46 So.2d 857

**G. H. STACY, Probate Judge, et al. v. Robert C. BROWN.**

2 Div. 282.

Supreme Court of Alabama.
March 29, 1950.

LeMaistre & Clement and Gordon Rosen, of Tuscaloosa, and W. Bruce White, of Birmingham, for appellants.

McQueen & McQueen and J. E. Morrisette, of Tuscaloosa, for appellee.

BROWN, Justice.
Affirmed.

FOSTER, LIVINGSTON, LAWSON, SIMPSON, and STAKELY, JJ., concur.

44 So.2d 29

**Jennie STEWART et al. v. Walter Harrison KARR, pro ami.**

6 Div. 894.

Supreme Court of Alabama.
Dec. 19, 1949.

Drennen & Drennen, of Birmingham, for appellants.

McQueen & McQueen, of Tuscaloosa, for appellee.

PER CURIAM.
Appeal dismissed by consent.

45 So.2d 869

**Pauline STOUDEMIRE v. Fred SINGTON et al.**

6 Div. 991.

Supreme Court of Alabama.
March 9, 1950.

Morel Montgomery, of Birmingham, for appellant.

Irvine C. Porter, of Birmingham, for appellees.

PER CURIAM.
Appeal dismissed by agreement.

46 So.2d 857

**Ex parte Roscoe TAFT.**

8 Div. 542.

Supreme Court of Alabama.
March 23, 1950.

PER CURIAM.
Cause dismissed, want of prosecution.

42 So.2d 844

**TAXPAYERS AND CITIZENS OF WINSTON COUNTY et al. v. WINSTON COUNTY et al.**

6 Div. 957.

Supreme Court of Alabama.
Sept. 6, 1949.

Wallace L. Johnson, of Haleyville, for appellant.

White, Bradley, Arant & All, of Birmingham, for appellees.

PER CURIAM.
Appeal dismissed, motion of appellants.